RECEIVED
IN LAKE CHARLES, LA

APR 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

VS.   Case No. 2:06MJ2021-001

ISSY ALCIRA AVILA   Judge: MINALDI
Magistrate Judge: WILSON

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this mater, it is hereby ORDERED that:

NAME:   GLADYS BRENKE

ADDRESS:   604 KEES CIRCLE

LAFAYETTE, LA 70506

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Lake Charles, Louisiana, this 11th day of April, 2006.

_____
ALONZO P. WILSON, U S Magistrate Judge