RECEIVED
IN LAKE CHARLES, LA
APR 11 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:06MJ2021-001** |
| | | **S.D.Tex. 4:00CR00508-001** |
| V. | : | **JUDGE MINALDI** |
| **ISSY ALCIRA AVILA** | : | **MAGISTRATE JUDGE WILSON** |

## RULE 32.1 ORDER

A petition for revocation of supervised release and a warrant of arrest (charging document) having been filed in the Southern District of Texas charging the above named defendant with violating the conditions of supervised release; and the defendant having been arrested in the Western District of Louisiana; proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. 32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P. 32.1(a). Additionally, defendant:

☐ Was given an identity hearing and found to be the person named in the aforementioned charging document.

☑ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document. Accordingly, the court finds that he/she is the person named in the warrant.

☑ Was advised that he/she was not entitled to a preliminary hearing in this district since the alleged violations did not occur in this district.

☐ Was given a preliminary hearing in this district in accordance with F.R.Cr.P. 32.1 and it was determined that there is probable cause to hold defendant for a revocation hearing.

☐ Knowingly, competently, and voluntarily waived a preliminary hearing in this district.

☑ Copies of the judgment, the warrant, and the application for the warrant having been produced by facsimile transmission.

☐ Defendant waived the production of certified copies of the judgment, the warrant, and the application for the warrant.

☑ Knowingly, competently, and voluntarily waived a detention hearing in this district and reserved his/her right to a detention hearing in the charging district.

☐ Was given a detention hearing in this district.

☑ Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☑ Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P. 40 having been completed.

☐ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.and F.R.Cr.P. 46(c) The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant, with the Clerk of Court, pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

THUS DONE AND SIGNED ~~in Chambers~~ at Lake Charles, Louisiana, this 11th day of April, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE